FILED

JUL 16 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
    Plaintiffs,           )   No. 1:09-CR-00333 LJO
                          )
vs.                       )   ORDER OF RELEASE
                          )
PAUL EDWARD SMITH,        )
                          )
    Defendant.            )
_____)

A detention hearing was held July 16, 2014. The defendant shall be released on Wednesday, July 16, 2014 with the same previously ordered conditions of supervised release issued on October 14, 2011.

The defendant shall report to Probation Officer J.C. Hill on Thursday, July 17, 2014 between the hours of 8:00am to 9:00am.

Status Conference set for August 18, 2014 at 11:00am. before Judge O'Neill.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: July 16, 2014                    _____
                                        HONORABLE LAWRENCE J. O'NEILL
                                        UNITED STATES DISTRICT JUDGE

1